Serge Chiropractic Services, P.C., as Assignee of Peter Ransome, Appellant,
against
Allstate Insurance Co., Respondent.




Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for appellant.
Abrams, Cohen & Associates, P.C. (Frank Piccininni of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Theresa M. Ciccotto, J.), entered January 31, 2017. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is denied.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint.
For the reasons stated in Metro Psychological Servs., P.C., as Assignee of Adams Kenneth v Allstate Ins. Co. (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2016-2907 K C], decided herewith), the order is reversed and defendant's motion for summary judgment dismissing the complaint is denied.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 10, 2019